**Dated: July 08, 2015**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| In re:  RYNARD PROPERTIES RIDGECREST LP, <br> Debtor. | Case No. 14-22674-JDL <br> Chapter 11 |

### ORDER WITHDRAWING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 CASE TO CASE UNDER CHAPTER 7

This matter came before the Court on June 30, 2015 upon the Motion to Dismiss or, in the Alternative, Convert Chapter 11 Case to Case under Chapter 7 ("Motion") filed by the United States Trustee for Region 8 ("United States Trustee"); upon the Objection thereto filed by Rynard Properties Ridgecrest LP ("Debtor"); upon the stipulations of counsel for the parties; and upon the entire record herein.

| | |
|---|---|
| **ORDER WITHDRAWING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR,** | Case No. 14-22674 |
| **IN THE ALTERNATIVE, CONVERT CHAPTER 11 CASE TO CASE UNDER CHAPTER 7** | Page 2 of 2 |

It appears to the Court that the United States Trustee wishes to withdraw the Motion.

IT IS, THEREFORE, SO ORDERED that the Motion shall be and is hereby withdrawn without prejudice; and the Objection shall be deemed moot.

**APPROVED FOR ENTRY**:

/s/ Sean M. Haynes, Trial Attorney (#014881)
United States Department of Justice
Office of United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3486
(901) 544-4138 (fax)
sean.m.haynes@usdoj.gov

/s/ Toni Campbell Parker, Esq. (#006984)
Attorney for Debtor
615 Oakleaf Office Lane, Suite 201
Memphis, TN 38117
(901) 683-0099

**PERSONS TO BE SERVED WITH FINAL ORDER**:

All persons listed on the Matrix.